UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE BROWN, | No. 2:16-cv-1766 GEB GGH PS |
| Plaintiff, | |
| v. | ORDER AND |
| WELLS FARGO BANK, N.A. et al., | ORDER TO SHOW CAUSE |
| Defendants. | |

    Plaintiff is proceeding pro se in this action, referred to the undersigned pursuant to Local Rule 302(c)(21). Defendant Wells Fargo Bank's motion to dismiss is presently noticed for hearing on the October 6, 2016 law and motion calendar of the undersigned. Opposition to motion, or a statement of non-opposition thereto, must be filed fourteen days preceding the noticed hearing date. E.D. Cal. L. R. 230(c). Court records reflect that plaintiff failed to file opposition or a statement of non-opposition to the motion.

    Failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L. R. 110; see Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995). Additionally, "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed." E.D. Cal. L. R. 230(c).[1] Pro se litigants are bound by

---

[1] Moreover, failure to appear at hearing may be deemed withdrawal of opposition to a motion or may result in sanctions. E.D. Cal. L. R. 230(i).

1

the rules of procedure, even though pleadings are liberally construed in their favor.  King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987), *overruled on other grounds* by Lacey v. Maricopa County, 693 F.3d 896, 925 (9th Cir. 2012); Jacobsen v. Filler, 790 F.2d 1362, 1364-65 (9th Cir.1986).  The Local Rules specifically provide that cases of persons appearing in propria persona who fail to comply with the Federal and Local Rules are subject to dismissal, judgment by default, and other appropriate sanctions.  E.D. Cal. L. R. 183.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The hearing date of October 6, 2016 is vacated.[2]

    2. Plaintiff shall show cause, in writing, no later than October 13, 2016 why sanctions should not be imposed for failure timely to file opposition or a statement of non-opposition to the pending motion.

    3. Plaintiff is directed to file opposition, if any, to the motion, or a statement of non-opposition thereto, no later than October 13, 2016.  Failure to file opposition or to file a statement of non-opposition, will be deemed a statement of non-opposition, and shall result in a recommendation that this action be dismissed.

Dated: September 26, 2016

        /s/ Gregory G. Hollows
    UNITED STATES MAGISTRATE JUDGE

GGH:076/Brown1766.osc

---

[2] If the court deems oral argument is needed, it will reschedule the hearing at a later date.